**Order entered November 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00134-CR

**HAMID SHOHREH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82213-2013**

## ORDER

The Clerk of the Court is **DIRECTED** to issue the mandate in this appeal forthwith.


/s/     CAROLYN WRIGHT
         CHIEF JUSTICE